IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ELIZABETH CHAISSON-RICKER,

    Plaintiff

v.                                                                      Civil Action No. ___3:20cv598_____
                                                          Henrico Circuit Court Case No. CL20-4974

NORDSTROM, INC.,

    Defendant.

## NOTICE OF REMOVAL

Nordstrom, Inc., by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal on the following grounds:

1.    Plaintiff commenced this civil action by filing a Complaint in the Circuit Court of the County of Henrico, Virginia on or about July 10, 2020.  See Complaint. (Ex. A). Nordstrom's registered agent was served with the Complaint on July 17, 2020.  Nordstrom filed a timely Answer in Henrico County Circuit Court on July 29, 2020.  See Answer (Ex. B).

2.    This is a personal injury action in which Plaintiff claims to have sustained injuries to her person on Nordstrom's premises as a result of Nordstrom's negligence.  Plaintiff sued for $750,000.

3.    Plaintiff represents that she is a citizen of Virginia.  Ex. A.

4.    Nordstrom is incorporated in the state of Washington with its principal place of business in Seattle, Washington.

5.    Accordingly, this action involves a controversy wholly between citizens of different states.  There is complete diversity of citizenship.

6. The amount in controversy exceeds the value of $75,000, exclusive of interest and costs, because Plaintiff's <u>ad</u> <u>damnum</u> seeks $750,000 in compensatory damages against Nordstrom.

7. This Court therefore has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and it may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

**COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

8. Pursuant to 28 U.S.C. § 1446 (b), this Notice of Removal is being filed within thirty (30) days after Nordstrom was served with the Complaint. Pursuant to 28 U.S.C. § 1441(a), venue of this removal action is proper in the Eastern District of Virginia, Richmond Division, because it is in the district and division embracing the place where the state court action is pending.

9. Promptly after the filing of this Notice of Removal, Nordstrom will give written notice of the removal to Plaintiff, the adverse party, and will file a copy of this Notice of Removal with the Circuit Court of the County of Henrico, as required by 28 U.S.C. § 1446(d).

10. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Nordstrom in the state court action have been attached hereto.

11. Nordstrom is the only named defendant and consents to removal.

12. Nordstrom demands a trial by jury, and a Notice of Demand of Trial by Jury will be submitted.

WHEREFORE, Nordstrom, by counsel, respectfully requests that this action be removed from the Circuit Court of the County of Henrico, Virginia, to this Court.

NORDSTROM, INC.

              /s/
Joseph M. Moore (VSB No. 48591)
Attorney for Nordstrom, Inc.
McCandlish Holton, P.C.
P.O. Box 796
Richmond, VA  23218
(804) 775-3100 Telephone
(804) 819-1174 Facsimile
Joe.moore@lawmh.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

A. Blake Gayle, Esq. (VSB No. 76762)
Zwerdling, Oppleman & Adams
5020 Monument Ave.
Richmond, VA 23230
(804) 355-5719
(804) 355-1597 Facsimile
*Counsel for Plaintiff*

      And I hereby certify that on this 4th day of August, 2020, I caused a true copy of the foregoing to be sent via U.S. mail to:

The Hon. Heidi S. Barshinger, Clerk of Court
Henrico County Circuit Court
4301 East Parham Rd.
Henrico, Virginia 23273-0775

              /s/
Joseph M. Moore (VSB No. 48591)
Attorney for Nordstrom, Inc.
McCandlish Holton, P.C.
P.O. Box 796
Richmond, VA  23218
(804) 775-3100 Telephone
(804) 819-1174 Facsimile
Joe.moore@lawmh.com